## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

HTR RESTAURANTS, INC. D/B/A/ SIEBS PUB, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS, 3382 BABCOCK BOULEVARD, PITTSBURGH, PA 15327,

        Petitioner

        v.

ERIE INSURANCE EXCHANGE, 100 ERIE INSURANCE PLACE, ERIE, PA 16530,

        Respondents

: No. 317 WAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

JOSEPH TAMBELLINI, INC. D/B/A JOSEPH TAMBELLINI RESTAURANT, 5701 BRYANT STREET, PITTSBURGH, PA 15206,

        Petitioner

        v.

ERIE INSURANCE EXCHANGE, 100 ERIE INSURANCE PLACE, ERIE, PA 16530,

        Respondent

: No. 318 WAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner is:

Whether the Superior Court erred as a matter of law in finding that coordination under Pennsylvania Rule of Civil Procedure 213.1 can only be applied to actions which have been filed at the time coordination is sought?